IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN PHILLIP HIGLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. CIV-22-766-D |
| v. | ) |
| | ) |
| KAMERON HARVONEK, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell, recommending the dismissal of Petitioner's action due to failure to pay the required filing fee and/or comply with a court order. *See* [Doc. No. 7]. Petitioner filed a timely objection. *See* [Doc. No. 8]. In his objection, Petitioner alleges that, despite his efforts to timely pay the required filing fee, no such fee has been issued from his account.

Having reviewed the Report and Recommendation and Petitioner's objection, the Court concludes that Petitioner's filing fee must be received by the Clerk of Court on or before January 1, 2023. In the event that the initial filing fee is not received by January 1, 2023, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 8th day of December, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge